◼◼ JOHN WELLINGTON, Respondent, v MARK GROSSMAN, Appellant, et al., Defendant. (Appeal No. 2.) [669 NYS2d 116] —Appeal unanimously dismissed without costs. Memorandum: No appeal as of right to this Court lies from an order setting forth a schedule for the completion of discovery and the date for a pretrial conference where the order is granted in the absence of a motion on notice (see, CPLR 5701 [a] [2]). (Appeal from Order of Supreme Court, Niagara County, Fahey, J.—Discovery.) Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.